AO 91 (Rev. 11/82)

**ORIGINAL**

# CRIMINAL COMPLAINT

| UNITED STATES DISTRICT COURT | CENTRAL DISTRICT OF CALIFORNIA |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>DAVID ALLAN WEIR, | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>08-0532M<br><br>FILED<br>CLERK, U.S. DISTRICT COURT<br>MAR - 4 2008<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY          DEPUTY |

Complaint for violation of Title 18, United States Code section 1073

| NAME OF MAGISTRATE JUDGE<br>**HONORABLE MARGARET NAGLE** | UNITED STATES<br>MAGISTRATE JUDGE | LOCATION<br>Los Angeles, CA |
|---|---|---|
| DATE OF OFFENSE<br>August 6, 2006 | PLACE OF OFFENSE<br>Los Angeles County | ADDRESS OF ACCUSED (IF KNOWN) |

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

On or about August 2006, in Los Angeles County, within the Central District of California, DAVID ALLAN WEIR traveled in interstate and foreign commerce, with intent to avoid prosecution under the laws of the State of California for a crime which is a felony under the laws of the State of California, in violation of Title 18 United States Code, Section 1073.

I further state that I am a Deputy United States Marshal and that this complaint is based on the following facts:

**SEE ATTACHMENT**

Continued on the attached sheet and made a part hereof:    ☒Yes  ☐No

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:
(See attached affidavit which is incorporated as part of this Complaint)

MATERIAL WITNESSES IN RELATION TO THIS CHARGE:

| Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br><br>Matthew L. Brown |
|---|---|
| | OFFICIAL TITLE<br>Deputy United States Marshal |

Sworn to before me and subscribed in my presence,

| SIGNATURE OF MAGISTRATE JUDGE(1)<br><br>*Margaret A. Nagle* | DATE<br>March 4, 2008 |
|---|---|

1) See Federal Rules of Criminal Procedure rules 3 and 54.

AUSA: JOSEPH T. MCNALLY        REC: Detention

## AFFIDAVIT

I, Matthew L. Brown, being duly sworn, hereby depose and say:

1. I, Matthew L. Brown, am a Deputy United States Marshal in the Central District of California, assigned to the United States Marshals Service ("USMS") Pacific Southwest Regional Fugitive Task Force, which is charged with locating and apprehending state, local and federal fugitives from justice. I have been so employed in this position for two years and with the Marshals Service for approximately eleven years.

2. On March 2, 2008, I reviewed the Los Angeles Police Department reports regarding their investigation of David Allan Weir (WEIR) for a homicide committed on August 5, 2006. From these reports, I learned the following:

   a. This affidavit is made in support of a criminal complaint and arrest warrant for WEIR for Unlawful Flight to Avoid Prosecution in violation of Title 18, United States Code, Section 1073. The information contained herein is based on conversations I have had with other law enforcement officers as well as my review of various law enforcement documents.

   b. On August 5, 2006, WEIR and his girlfriend, Victoria Ramirez, were tending bar together at Lucerna Bar, 15238 Victory, Van Nuys, California, a business owned and operated by WEIR. When the bar closed in the early morning of August 6, 2006, sometime between 1:15 a.m. and 2:00 a.m., WEIR and Ramirez drove home to 13036 Chandler Boulevard, Sherman Oaks, California. Once at home, they entered their

1

bedroom and began arguing about their relationship. As Ramirez stood near the closet door, WEIR shot her in the head with a handgun, causing her death.

c. WEIR then fled the home in his vehicle. WEIR's father, Lawrence Weir, told detectives that he received a cell phone call that night from WEIR at around 2:00 a.m. during which WEIR told Lawrence that he had just shot Victoria. Lawrence Weir then drove to the home and discovered Victoria Ramirez, who had been shot, called 911, and waited for the police. Officers from Los Angeles Police Department arrived at 2:25 a.m. Lawrence Weir told detectives at that time that he would arrange for WEIR's self-surrender.

d. Detective James Nuttal, of the Los Angeles Police Department, later learned that WEIR had called Lawrence Weir's lifelong friend Gino Dubois and told him he was in trouble and needed a ride. Dubois picked him up between 4:00 a.m. and 5:00 a.m. on August 6, 2006 in the parking lot of the Rite Aid Drug Store in Van Nuys. WEIR told Dubois that he had shot Victoria and believed she was dead. During the next several hours WEIR stayed with Dubois. They met with WEIR's attorney, Anthony Brooklier, at Solley's Restaurant at which time WEIR decided against self surrendering. Brooklier telephoned Detective Craig Rhudy and advised him that David had chosen not to self surrender to the police. At 3:00 p.m. Dubois dropped WEIR off at a movie theater in Encino and didn't see him again.

6. On August 8, 2006, the Superior Court of Los Angeles County issued

an arrest warrant in case number #LA053129 for WEIR for violating California Penal code Section 187, Murder.

7. Detectives from the Los Angeles Police Department have told me that they have spoken with associates of WEIR in an attempt to locate him. WEIR's associates told detectives that WEIR has family and friends in Nevada, New Jersey and Mexico that are likely to assist him in hiding from authorities. On February 26, 2008, detectives interviewed a confidential informant who is a close associate of the Weir family. The informant stated that he has information that WEIR is living in Culiacan, Sinaloa, Mexico with relatives on his mother's side of the family. According to this source, WEIR is working in a pool hall in Culiacan that is owned by his father Lawrence Weir. The informant also stated that WEIR's mother sends him money by wire transaction. The informant stated that since the murder, WEIR has traveled to New Jersey where he spent about a month before returning to Mexico.

Based on the information set forth above, I believe there is probable cause for the issuance of an arrest warrant for WEIR for violating Title 18, United States Code, Section 1073, to wit: Unlawful Flight to Avoid Prosecution.

_____
MATTHEW L. BROWN
DEPUTY UNITED STATES MARSHAL


SUBSCRIBED AND SWORN BEFORE ME
THIS 4th DAY OF MARCH 2008.

_____
THE HONORABLE MARGARET NAGLE
UNITED STATES MAGISTRATE JUDGE